B1 (Official Form 1) (4/13)

| United States Bankruptcy Court | **Voluntary Petition** |
|---|---|
| *NORTHERN* DISTRICT OF *ILLINOIS* | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Broddus, Demetrius** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Daniels, Elzena S.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **5307** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **2655** |
| Street Address of Debtor   (No. & Street, City, and State):<br>**330 Huntington Way**<br>**Bolingbrook, IL**   ZIPCODE **60440** | Street Address of Joint Debtor   (No. & Street, City, and State):<br>**330 Huntington Way**<br>**Bolingbrook, IL**   ZIPCODE **60440** |
| County of Residence or of the<br>Principal Place of Business:   **Will** | County of Residence or of the<br>Principal Place of Business:   **Will** |
| Mailing Address of Debtor   (if different from street address):<br>**SAME**   ZIPCODE | Mailing Address of Joint Debtor   (if different from street address):<br>**SAME**   ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):   **NOT APPLICABLE**   ZIPCODE | |

**Type of Debtor** (Form of organization)

(Check **one** box.)

☒ Individual (includes Joint Debtors)
  *See Exhbit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**
(Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**
(Check one box)

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**   (Check one box)

☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
☐ Debts are primarily business debts.

**Chapter 15 Debtors**

Country of debtor's center of main interests:
_____

Each country in which a foreign proceeding by, regarding, or against debtor is pending:
_____

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**

**Check one box:**
☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee**   (Check one box)

☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offiial Form 3B.

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☒ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☒ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (4/13)                                                                                                  FORM B1, Page   2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *Demetrius Broddus and Elzena S. Daniels* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**    (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**    (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X *  /s/  Richard S. Bass*                            *05/07/2013* Signature of Attorney for Debtor(s)                        Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and exhibit C is attached and made a part of this petition. |
| ☒ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☒ Exhibit D, completed and signed by the debtor, is attached and made part of this petition. |
| If this is a joint petition: |
| ☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____ (Name of landlord that obtained judgment) |
| _____ (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (4/13)                                                                                           FORM B1, Page   3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Demetrius Broddus and Elzena S. Daniels** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Demetrius Broddus*
Signature of Debtor

**X** */s/ Elzena S. Daniels*
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

*05/07/2013*
Date

### Signature of Attorney*

**X** */s/ Richard S. Bass*
Signature of Attorney for Debtor(s)

**Richard S. Bass 6189009**
Printed Name of Attorney for Debtor(s)

**Law Office of Richard S. Bass**
Firm Name

**2021 Midwest Roasd**
Address

**Suite 200**

**Oak Brook, IL  60523**

**630-953-8655**
Telephone Number

*05/07/2013*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

(Signature of Foreign Representative)

_____

(Printed name of Foreign Representative)

_____

(Date)

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny

your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**FORM B6A (Official Form 6A) (12/07)**

In re _Demetrius Broddus and Elzena S. Daniels_____ ,      Case No._____

    Debtor(s)                                                           (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | **TOTAL $** | _0.00_ |

No continuation sheets attached

**TOTAL $**

**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re <u>Demetrius Broddus and Elzena S. Daniels</u>                    ,    Case No. _____
                              Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash* <br> *Location: In debtor's possession* | J | $200.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking Account: Chase Bank* <br> *Location: In debtor's possession* | J | $300.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *Misc used household goods and furnishings* <br> *Location: In debtor's possession* | J | $2,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Misc used personal items books and pictures* <br> *Location: In debtor's possession* | J | $300.00 |
| 6.  Wearing apparel. | | *Misc used personal clothing* <br> *Location: In debtor's possession* | J | $60.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Life Insurance (Term policy)* <br> *Location: In debtor's possession* | J | $1.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

In re **Demetrius Broddus and Elzena S. Daniels**                    ,    Case No. _____

                          Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | *401K Pension-Retirement Plan Location: In debtor's possession* | W | $6,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2004 Hyunadai Sonata Location: In debtor's possession* | J | $4,000.00 |

B6B (Official Form 6B) (12/07)

In re <u>Demetrius Broddus and Elzena S. Daniels</u>,  Case No. _____

Debtor(s)  (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *2009 Doidge Avenger (Surrender)* *Location: In debtor's Ex-spouse ssession* | H | $8,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __3__ of __3__

Total ➡  $20,861.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/13)

In re <u>Demetrius Broddus and Elzena S. Daniels</u>                    ,        Case No. _____
                    Debtor(s)                                                                    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

(Check one box)
☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Cash* | *735 ILCS 5/12-1001(b)* | $ 200.00 | $ 200.00 |
| *Checking Account: Chase Bank* | *735 ILCS 5/12-1001(b)* | $ 300.00 | $ 300.00 |
| *Misc used household goods and furnishings* | *735 ILCS 5/12-1001(b)* | $ 2,000.00 | $ 2,000.00 |
| *Misc used personal items books and pictures* | *735 ILCS 5/12-1001(a)* | $ 300.00 | $ 300.00 |
| *Misc used personal clothing* | *735 ILCS 5/12-1001(a)* | $ 60.00 | $ 60.00 |
| *Life Insurance (Term policy)* | *735 ILCS 5/12-1001(f)* | $ 1.00 | $ 1.00 |
| *401K Pension-Retirement Plan* | *735 ILCS 5/12-1006* | $ 6,000.00 | $ 6,000.00 |
| *2004 Hyunadai Sonata* | *735 ILCS 5/12-1001(c)* | $ 4,000.00 | $ 4,000.00 |
| *2009 Dodge Avenger (Surrender)* | *735 ILCS 5/12-1001(c)* | $ 0.00 | $ 8,000.00 |

Page No. <u>1</u> of <u>1</u>

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re Demetrius Broddus and Elzena S. Daniels                              ,        Case No. _____
                              **Debtor(s)**                                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *8129* <br><br> *Creditor # : 1* <br> *Ally Financial Services* <br> *Attn: Bankruptcy Dept* <br> *PO Box 183593* <br> *Arlington TX 76096* | X J | *2009* <br><br> *Purchase Money Security* <br><br> *2009 Dodge Avenger* <br> *(Surrender-In possession of debtor ex-spouse)* <br><br> Value: *$ 8,000.00* | | | | *$ 8,884.00* | *$ 884.00* |
| Account No: | | <br><br><br><br><br> Value: | | | | | |
| No continuation sheets attached | | | | | **Subtotal $** <br> (Total of this page) | *$ 8,884.00* | *$ 884.00* |
| | | | | | **Total $** <br> (Use only on last page) | *$ 8,884.00* | *$ 884.00* |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/13)

In re _Demetrius Broddus and Elzena S. Daniels_____,    Case No._____
    **Debtor(s)**                                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☒ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_    **continuation sheets attached**

In re <u>Demetrius Broddus and Elzena S. Daniels</u> ,    Case No._____
    **Debtor(s)**    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Domestic Support Obligations*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 1* *Delleia Broddus* *07 S Pebbleway Lane* *Apt #9* *Naperville IL 60540* | H | 2000 *Notice to support recipient* | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No: *Creditor # : 2* *Illinois Dept Child Support* *Attn: Collection-Bankrupt Dept* *509 S. Sixth St* *Springfield IL 62701-1825* | H | 2012 *Notice to state agency* | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | | |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | *0.00* | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | *0.00*   *0.00* |

B6F (Official Form 6F) (12/07)

In re _Demetrius Broddus and Elzena S. Daniels_____ ,          Case No._____
                           **Debtor(s)**                                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.   R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 1*<br>*Aarons Sales & Lease*<br>*1225 Bolingbrook Dr*<br>*Bolingbrook IL 60440* | | *J* | *2008*<br>*Notice* | | | | *$ 0.00* |
| Account No:   *7440*<br>*Creditor # : 2*<br>*Adventist Bolingbrook Hospital*<br>*Attn:  Patient Accts*<br>*75 Remittance Dr    #6097*<br>*Chicago IL 60675-6097* | | *W* | *2012-13*<br>*Medical Bills* | | | | *$ 1,958.00* |
| Account No:   *9597*<br>*Creditor # : 3*<br>*Adventist Bolingbrook Hospital*<br>*Attn:  Patient Accts*<br>*500 Remington Blvd*<br>*Bolingbrook IL 60440* | | *J* | *2008-2013*<br>*Medical Bills* | | | | *$ 0.00* |

_24_ continuation sheets attached

Subtotal $     *$ 1,958.00*

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Demetrius Broddus and Elzena S. Daniels_ ,   Case No._____

Debtor(s)   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No. **8656**<br><br>*Creditor # : 4*<br>*Adventist Health*<br>*Attn Patient Accts*<br>*PO Box 7001*<br>*Bolingbrook IL 60440-7001* | W | *2013*<br>*Medical Bills* | | | | $ 300.00 |
| Account No. **4628**<br><br>*Creditor # : 5*<br>*AFNI COLLECTION*<br>*RE:  Sage telecom*<br>*PO Box 3097*<br>*Bloomington IL 61702.* | W | *2012*<br>*Collection* | | | | $ 180.00 |
| Account No. **0753**<br><br>*Creditor # : 6*<br>*American Medical Collection*<br>*Attn:  Bankruptcy Dept*<br>*4 Westchester Plaza #110*<br>*Elmsford NY 10523* | J | *2008-2013*<br>*Collection on Medical Bills* | | | | $ 158.00 |
| Account No. **7999**<br><br>*Creditor # : 7*<br>*American Medical Collection*<br>*RE:  Quest Diagnostic*<br>*4 Westchester Plaza, #110*<br>*Elmsford NY 10523* | W | *2013*<br>*Medical Bills* | | | | $ 60.00 |
| Account No. **2443**<br><br>*Creditor # : 8*<br>*Americash Loan*<br>*Attn:  Collections*<br>*180 S. Bolingbrook Rd*<br>*Bolingbrook IL 60440* | J | *2008-2013*<br>*Loan* | | | | $ 695.00 |

Sheet No. _1_ of _24_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 1,393.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Demetrius Broddus and Elzena S. Daniels_____ ,   Case No._____
          **Debtor(s)**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 9<br>Anderson Financial<br>Acct: AT&T Uverse<br>PO Box 3097<br>Bloomington IL 61702 | | H | 2009<br>Collection | | | | $ 617.00 |
| Account No:   1329<br>Creditor # : 10<br>AT&T<br>Attn:  Bankruptcy Dept<br>PO BOX  8212<br>Aurora IL 60572-8212 | | J | 2008-2013<br>Telephone Service | | | | $ 293.00 |
| Account No:<br>Creditor # : 11<br>ATG Credit<br>Acct: Naperville Radiology<br>PO Box 14895<br>Chicago IL 60614-4895 | | H | 2008<br>Medical Bills | | | | $ 50.00 |
| Account No:   6597<br>Creditor # : 12<br>Balanced Healthcare Receivables<br>RE: Quest Diagnostic<br>164  Burke St  #201<br>Nashua NH 03060 | | W | 2013<br>Medical Bills | | | | $ 80.00 |
| Account No:<br>Creditor # : 13<br>Barbizon School<br>RE Collection Dept<br>1827 Walden Office Square #400<br>Schaumburg IL 60173 | | J | 2008-2013<br>Tuition | | | | $ 1,800.00 |

Sheet No.  _2_ of  _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        **Subtotal $**        **$ 2,840.00**
                                        **Total $**
(Use only on last page of the completed Schedule F. Report on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Demetrius Broddus and Elzena S. Daniels_____ ,    Case No._____
                    **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   8436<br>Creditor # : 14<br>Bureau of Account Management<br>RE:  Rodale Books<br>3607 Rosemont Ave<br>Camp Hill PA 17011 | J | 2008-2013<br>Collection | | | | $ 45.00 |
| Account No:<br>Creditor # : 15<br>Bureau of Collection Recovery<br>Acct: Sound & Spirit<br>7575 Corporate Way<br>Eden Prairie MN 55344 | H | 2008<br>Collection | | | | $ 50.00 |
| Account No:   1529<br>Creditor # : 16<br>Caine & Weiner<br>RE:   Ice Mountain Spring Water<br>15025 Oxnard St  #100<br>Van Nuys CA 91411 | J | 2011<br>Collh | | | | $ 133.00 |
| Account No:<br>Creditor # : 17<br>CMI Group LP<br>RE:  WOW International<br>4200 International Pkwy<br>Carrollton TX 75007-1912 | H | 2009<br>Collection | | | | $ 1,598.00 |
| Account No:<br>Creditor # : 18<br>CMK Investments<br>RE:  All Credit Lenders<br>PO BOX  250<br>Gilberts IL 60136 | J | 2013<br>Collection | | | | $ 500.00 |

Sheet No.   3   of   24   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**       $ 2,326.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Demetrius Broddus and Elzena S. Daniels_____ ,   Case No._____
**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    5820<br><br>Creditor # : 19<br>Collection Professionals Inc<br>Acct: Dr Shan Assoc.<br>PO Box 416<br>La Salle IL 61301-0416 | | H | 2009<br>Collection on Medical Bills | | | | $ 369.00 |
| Account No:<br><br>Creditor # : 20<br>Collection Professionals Inc<br>Acct:DR Ashan<br>PO Box 416<br>La Salle IL 61301-0416 | | H | 2009<br>Collection | | | | $ 369.00 |
| Account No:    4074<br><br>Creditor # : 21<br>Commonwealth Edison<br>Attn:  Bankruptcy Dept<br>2100 Swift Drive<br>Oak Brook IL 60523-9644 | | W | 2012-13<br>Utility Bills<br>Acct: 764634074 | | | | $ 300.00 |
| Account No:    0661<br><br>Creditor # : 22<br>Credit Collection Services<br>RE:  Comcast<br>Two Wells Avenue<br>Newton Center MA 02459 | | W | 2013<br>Collection | | | | $ 525.00 |
| Account No:    0661<br><br>Creditor # : 23<br>Credit Collection Services<br>RE:  Comcast<br>Two Wells Avenue<br>Newton Center MA 02459 | | J | 2008-2013<br>Collection | | | | $ 524.00 |

Sheet No.  4  of   24  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 2,087.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Demetrius Broddus and Elzena S. Daniels_____,      Case No._____
　　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   3771<br><br>Creditor # : 24<br>Credit Management<br>Acct: Comcast<br>4200 International Pkwy<br>Carrollton ITX 75007-1906 | H | 2010<br>Collection | | | | $ 1,114.00 |
| Account No:   3267<br><br>Creditor # : 25<br>Credit Management<br>Acct: WOW Internt Cable<br>4200 International Pkwy<br>Carrollton ITX 75007-1906 | H | 2006<br>Collection | | | | $ 1,598.00 |
| Account No:   195<br><br>Creditor # : 26<br>Credit Recovery<br>Acct: Dr C. Kalant DDS<br>PO Box 916<br>Ottawa IL 61350 | J | 2011<br>Collection on Medical Bills | | | | $ 1,466.00 |
| Account No:<br><br>Creditor # : 27<br>Credit Recovery<br>Acct: DR Kalani<br>PO Box 916<br>Ottawa IL 61350 | H | 2009<br>Collection | | | | $ 146.00 |
| Account No:<br><br>Creditor # : 28<br>Cybak R. & Associates<br>RE:  Nuvell Credit Corp<br>100 W. Monroe St, #800<br>Chicago IL 60603 | J | | | | | $ 0.00 |

Sheet No.  _5_ of  _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 　　　$ 4,324.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re Demetrius Broddus and Elzena S. Daniels                    ,        Case No._____
                              Debtor(s)                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   4877 <br><br> Creditor # : 29 <br> Cybrcollect Inc <br> Acct: Dominos <br> 2612 Jackson Ave W <br> Oxford MS 38655-5442 | H | 2008 <br> Collection | | | X | $ 63.00 |
| Account No:   6766 <br><br> Creditor # : 30 <br> Cybrcollect Inc <br> Acct: Dominos <br> 2612 Jackson Ave W <br> Oxford MS 38655-5442 | H | 2008 <br> Collection | | | X | $ 95.00 |
| Account No:   5418 <br><br> Creditor # : 31 <br> Cybrcollect Inc <br> Acct: Dominos <br> 2612 Jackson Ave W <br> Oxford MS 38655-5442 | H | 2008 <br> Collection | | | X | $ 97.00 |
| Account No:   9201 <br><br> Creditor # : 32 <br> Dial Adjustment Bureau <br> RE: Bankruptcy Dept <br> 960 MacArthur Blvd <br> Mahwah NJ 07495-0094 | J | 2008-2013 <br> Collection | | | | $ 39.00 |
| Account No:   5344 <br><br> Creditor # : 33 <br> DuPage Pathology Associates,SC <br> RE Patient Accts <br> 520 E. 22nd Street <br> Lombard  IL 60148 | W | 2013 <br> Medical Bills | | | | $ 150.00 |

Sheet No.   6   of   24   continuation sheets attached to Schedule of          Subtotal $          $ 444.00
Creditors Holding Unsecured Nonpriority Claims                                  Total $
                                                       (Use only on last page of the completed Schedule F. Report also on Summary of
                                                       Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Demetrius Broddus and Elzena S. Daniels_____ ,     Case No._____
          **Debtor(s)**     (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   0834<br>Creditor # : 34<br>Edward Hospital<br>Attn:  Patients Accts<br>PO BOX 5995<br>Peoria IL 61601-5995 | J | 2008-2013<br>Medical Bills | | | | $ 405.00 |
| Account No:   0719<br>Creditor # : 35<br>Edward Hospital<br>Attn:  Patients Accts<br>PO BOX 5995<br>Peoria IL 61601-5995 | J | 2008-2013<br>Medical Bills | | | | $ 1,784.00 |
| Account No:   7623<br>Creditor # : 36<br>Emergency Healthcare Physician<br>Attn:  Patient Accts<br>PO BOX  366<br>Hinsdale IL 60522 | J | 2008-2013<br>Medical Bills | | | | $ 669.00 |
| Account No:   2911<br>Creditor # : 37<br>Enhanced Recovery Corp<br>RE:Midland Fund-Urban Trust Bk<br>8014 Bayberry Rd.<br>Jacksonville FL 32256 | W | 2013<br>Collection | | | | $ 710.00 |
| Account No:   2270<br>Creditor # : 38<br>ER Solutions Inc.<br>RE:  Bank of America<br>500 SW 7th St, #A100<br>Renton WA 98057 | J | 2008-2013<br>Collection | | | | $ 93.00 |

Sheet No.   7   of    24   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 3,661.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Demetrius Broddus and Elzena S. Daniels_                    ,        Case No._____
          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   A00E <br><br> Creditor # : 39 <br> Highlights Puzzlemania <br> Attn:  Bankruptcy Dept <br> PO BOX  10546 <br> Des Moines IA 50340-0546 | J | 2008-2013 <br> Subscriptions | | | | $ 70.00 |
| Account No:   9518 <br><br> Creditor # : 40 <br> Home Depot CBNA <br> Attn Bankruptcy Dept <br> PO Box 6497 <br> Sioux Falls SD 57117-6497 | J | 2012 <br> Credit Account | | | | $ 200.00 |
| Account No:   9518 <br><br> Creditor # : 41 <br> Home Depot/CBSD <br> Attn:  Bankruptcy Dept <br> PO BOX  6497 <br> Sioux Falls SD 57117 | H | 2009 <br> Credit Account | | | | $ 249.00 |
| Account No:   6665 <br><br> Creditor # : 42 <br> Hunter Warfield <br> Attn:  Riverstone Apt <br> 4620 Woodland Corp Blvd <br> Tampa FL 33614 | W | 2012 <br> Collection | | | | $ 2,537.00 |
| Account No:   6575 <br><br> Creditor # : 43 <br> Hunter Warfield <br> Attn:  Bankruptcy Dept <br> 3111 W. Martin Luther King <br> Tampa FL 33607 | J | 2008-2013 <br> Collection | | | | $ 2,061.00 |

Sheet No.  _8_  of  _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 5,117.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Demetrius Broddus and Elzena S. Daniels_____,    Case No._____
**Debtor(s)**                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    0687<br><br>Creditor # : 44<br>I. C. System Inc.<br>RE:    IQ Telecom<br>PO Boix 63478<br>Saint Paul MN 55164-0378 | W | 2012<br>Collection | | | | $ 79.00 |
| Account No:<br><br>Creditor # : 45<br>I. C. System Inc.<br>RE Bolingbrook Hlth<br>444 Highway 96  East<br>Saint Paul MN 55164-0887 | H | 2008<br>Collection Medical Bills | | | | $ 135.00 |
| Account No:    7080<br><br>Creditor # : 46<br>I. C. System Inc.<br>RE: Bolingbrook Hlth<br>PO BOX 64387<br>Saint Paul MN 55164-0887 | H | 2009<br>Collection | | | | $ 135.00 |
| Account No:    2251<br><br>Creditor # : 47<br>Illinois American Water Co<br>Attn: Bankruptcy Dept<br>PO Box 94551<br>Palatine IL 60094-4551 | W | 2012-13<br>Utility Bills<br>Acct: 09-1019255-1 | | | | $ 600.00 |
| Account No:    6937<br><br>Creditor # : 48<br>IQ Tel<br>Attn:  Bankruptcy Dept<br>3221 W. Burr Oak Ave<br>Blue Island IL 60406 | J | 2008-2013<br>Collection | | | | $ 142.00 |

Sheet No.    9   of    24   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 1,091.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Demetrius Broddus and Elzena S. Daniels_____,   Case No._____
   **Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 49<br>JVDB Associates<br>RE:   Economy Interiors<br>PO Box 5718<br>Elgin IL 60121-5718 | J | 2013<br>Collection | | | | $ 1,355.00 |
| Account No:   MS12<br>Creditor # : 50<br>JVDB Associates<br>RE Economy Interior<br>PO Box 5718<br>Elgin IL 60121-5718 | H | 2012<br>Collection | | | | $ 1,355.00 |
| Account No:<br>Creditor # : 51<br>Keynote Consulting, Inc.<br>RE: Riverside Psychiatric csl<br>220 W. Campus Dr   #102<br>Arlington Heights IL 60004 | J | 2009<br>Collection | | | | $ 355.00 |
| Account No:   812<br>Creditor # : 52<br>Keynote Consulting, Inc.<br>RE Riverside Medical-Psyc<br>220 W. Campus Dr<br>Arlington Heights IL 60004 | H | 2008<br>Collection on Medical Bills | | | | $ 355.00 |
| Account No:   4031<br>Creditor # : 53<br>Lippincott, Williams, Wilkins<br>Attn:  Collections<br>PO Box 1530<br>Hagerstown MD 21741 | J | 2008-2013<br>Collection | | | | $ 45.00 |

Sheet No. _10_ of _24_ continuation sheets attached to Schedule of   Subtotal $   $ 3,465.00
Creditors Holding Unsecured Nonpriority Claims   Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  Demetrius Broddus and Elzena S. Daniels                    ,        Case No. _____
                          Debtor(s)                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   2941<br>Creditor # : 54<br>Lippincott, Williams, Wilkins<br>Attn:  Collections<br>PO Box 1530<br>Hagerstown MD 21741 | J | 2008-2013<br>Collection | | | | $ 48.00 |
| Account No:   2335<br>Creditor # : 55<br>Lippincott, Williams, Wilkins<br>RE:  Bankruptcy Dept<br>PO Box 1530<br>Hagerstown MD 21741 | J | 2008-2013<br>Collection | | | | $ 102.00 |
| Account No:   1004<br>Creditor # : 56<br>Merchant Credit Guide<br>Acct: Edward Hospital<br>223 W. Jackson Blvd  #900<br>Chicago IL 60606 | J | 2011<br>Collection on Medical Bills | | | | $ 385.00 |
| Account No:   9117<br>Creditor # : 57<br>Merchant Credit Guide<br>RE Adventist-Bolinbrk Hsp<br>223 W. Jackson Blvd  #900<br>Chicago IL 60606 | H | 2010<br>Collection on Medical Bills | | | | $ 262.00 |
| Account No:   9085<br>Creditor # : 58<br>Merchant Credit Guide<br>RE Adventist Bolibrk Hsp<br>223 W. Jackson Blvd  #900<br>Chicago IL 60606 | H | 2010<br>Collection | | | | $ 155.00 |

Sheet No.  11  of   24  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ ............................... $ 952.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re <u>Demetrius Broddus and Elzena S. Daniels</u>            ,        Case No. _____

**Debtor(s)**                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 0032<br><br>Creditor # : 59<br>Merchant Credit Guide<br>Acct: Edward Hospital<br>223 W. Jackson Blvd  #900<br>Chicago IL 60606 | H | 2010<br><br>Collection on Medical Bills | | | | $ 437.00 |
| Account No: 2176<br><br>Creditor # : 60<br>Midland Credit Management<br>RE:Aspen Mastercard<br>8875 Aero Dr  #200<br>San Diego CA 92123 | H | 2009<br><br>Collection | | | | $ 1,140.00 |
| Account No: 4292<br><br>Creditor # : 61<br>Midland Credit Management<br>Attn:  Bankruptcy Dept<br>8875 Aero Dr   #200<br>San Diego CA 92123 | J | 2008-2013<br><br>Collection | | | | $ 1,190.00 |
| Account No: 3210<br><br>Creditor # : 62<br>Midland Funding<br>Attn: Tribute Mastercard<br>8875 Aero Dr  #200<br>San Diego CA 92123 | H | 2012<br><br>Collection | | | | $ 804.00 |
| Account No: 3248<br><br>Creditor # : 63<br>Midland Funding<br>Attn: Salute Visa Gold<br>8875 Aero Dr  #200<br>San Diego CA 92123 | W | 2011<br><br>Collection | | | | $ 709.00 |

Sheet No. <u>12</u> of <u>24</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                          $ 4,280.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Demetrius Broddus and Elzena S. Daniels_____ ,     Case No._____
                    **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 64 <br> Midland Funding <br> Attn: Collection Dept <br> 8875 Aero Dr  #200 <br> San Diego CA 92123 | | H | 2010 <br> Collection | | | | $ 830.00 |
| Account No: <br> Creditor # : 65 <br> Monterey Financial Services <br> RE:  Aronson Furniture <br> 4095 Avenida De La Plata <br> Oceanside CA 92056 | | J | 2008 <br> Credit Account | | | | $ 500.00 |
| Account No:    8622 <br> Creditor # : 66 <br> Naperville Radiologists S.C. <br> Attn:  Patient Accts <br> PO BOX  70 <br> Hinsdale IL 60522 | | J | 2008-2013 <br> Medical Bills | | | | $ 606.00 |
| Account No:    8614 <br> Creditor # : 67 <br> Naperville Radiologists S.C. <br> Attn:  Patient Accts <br> PO BOX  70 <br> Hinsdale IL 60522 | | J | 2008-2013 <br> Medical Bills | | | | $ 212.00 |
| Account No:    3087 <br> Creditor # : 68 <br> NCO Financial Systems Inc. <br> RE:Illinois Tollway <br> 600 Holiday Plaza Dr  #300 <br> Matteson IL 60443 | | W | 2013 <br> Collection | | | | $ 400.00 |

Sheet No. _13_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   |   $ 2,548.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Demetrius Broddus and Elzena S. Daniels_____,   Case No._____
_____**Debtor(s)**_____   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   8770<br><br>Creditor # : 69<br>Nicor Gas<br>Attn Bankruptcy Dept<br>PO Box 549<br>Aurora IL 60507-0000 | W | 2012-13<br>Notice to Other Location<br>Acct: 89-99-74-1877-0 | | | | $ 0.00 |
| Account No:   8770<br><br>Creditor # : 70<br>NICOR Gas<br>Attn: Bankruptcy Dept<br>1844 W. Ferry Road<br>Naperville IL 60563-9662 | W | 2012-13<br>Utility Bills<br>Acct: 89-99-74-1877-0 | | | | $ 700.00 |
| Account No:   4305<br><br>Creditor # : 71<br>North Shore Agency<br>RE:  People Magazine<br>4000 East Fifth Ave<br>Columbus OH 43219 | J | 2008-2013<br>Collection | | | | $ 24.00 |
| Account No:   8905<br><br>Creditor # : 72<br>North Shore Agency<br>RE: Time Life<br>PO BOX  8901<br>Westbury NY 11590 | W | 2012<br>Collection | | | | $ 10.00 |
| Account No:   4305<br><br>Creditor # : 73<br>North Shore Agency<br>Attn:  Bankruptcy Dept<br>4000 East Fifth Ave<br>Columbus OH 43219 | J | 2008-2013<br>Collection | | | | $ 22.00 |

Sheet No.   14   of   24   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 756.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Demetrius Broddus and Elzena S. Daniels_ ,          Case No._____
            **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   0061  Creditor # : 74 Northland Group Attn:  Bankruptcy Dept PO Box 390857 Minneapolis MN 55439 | J | 2008-2013 Collection | | | | $ 11,662.00 |
| Account No:  Creditor # : 75 PayDay Loan Store of Il, Inc. Attn:  Bankruptcy Dept 346 Bolingbrook Commons Bolingbrook IL 60440 | J | 2012 Loan | | | | $ 850.00 |
| Account No:   0670  Creditor # : 76 Pentagroup Financial RE:  Salute VISA 5959 Corporate Dr  #1400 Houston TX 77036 | J | 2008-2013 Collection | | | | $ 1,096.00 |
| Account No:   3511  Creditor # : 77 Quest Diagnostic Attn:  Patient Billing PO Box 809403 Chicago IL 60680-9403 | W | 2013 Medical Bills | | | | $ 85.00 |
| Account No:   8437  Creditor # : 78 Quinlan & Fabish Attn:  Bankruptcy Dept 6827 High Grove Blvd Burr Ridge IL 60527 | J | 2008-2013 Collection | | | | $ 600.00 |

Sheet No.  _15_  of  _24_ continuation sheets attached to Schedule of          Subtotal $          $ 14,293.00
Creditors Holding Unsecured Nonpriority Claims

                                                                            Total $
                                        (Use only on last page of the completed Schedule F. Report also on Summary of
                                        Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re <u>Demetrius Broddus and Elzena S. Daniels</u> ,          Case No. _____
                    **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    0412 | H | 2012 Collection | | | | $ 244.00 |
| Creditor # : 79 Recovery One LLC RE Safelute Autoglass 5100 Park Center Ave #100 Dublin OH 43017-3584 | | | | | | |
| Account No: | J | 2013 Collection | | | | $ 244.00 |
| Creditor # : 80 Recovery One LLC RE   Safelite Auto Glass 5100 Park Center Ave #100 Dublin OH 43017-3584 | | | | | | |
| Account No: | J | 2008-2013 Unsecured | | | | $ 500.00 |
| Creditor # : 81 Rent-A-Center RE Bankruptcy Dept 5700 Tennyson Pkwy Plano TX 75024 | | | | | | |
| Account No:    42R4 | H | 2012 Collection | | | | $ 42.00 |
| Creditor # : 82 RJM Acquisitions Funding RE: Scholastic 575 Underhill Blvd, Ste 2 Syosset NY 11791 | | | | | | |
| Account No:    8098 | J | 2008-2013 Collection | | | | $ 76.00 |
| Creditor # : 83 RJM Acquisitions Funding RE:  Crossing Book Club 575 Underhill Blvd, Ste 2 Syosset NY 11791 | | | | | | |

Sheet No.   16   of    24   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 1,106.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Demetrius Broddus and Elzena S. Daniels_ ,   Case No._____
_____
**Debtor(s)**   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   7640 <br> Creditor # : 84 <br> RMCB Collection <br> RE:  Great Bible Adventure <br> PO Box 1238 <br> Elmsford NY 10523-0938 | J | 2008-2013 <br> Collection | | | | $ 40.00 |
| Account No:   3322 <br> Creditor # : 85 <br> RMCB Collection <br> RE:  Sound & Spirit <br> PO Box 1238 <br> Elmsford NY 10523-0938 | J | 2008-2013 <br> Collection | | | | $ 0.00 |
| Account No:   0001 <br> Creditor # : 86 <br> RMCB Collection <br> RE:  Rodale Books <br> PO Box 1238 <br> Elmsford NY 10523-0938 | J | 2008-2013 <br> Collection | | | | $ 31.00 |
| Account No:   6594 <br> Creditor # : 87 <br> RMCB Collection <br> RE:  Rodale Books <br> PO Box 1238 <br> Elmsford NY 10523-0938 | J | 2008-2013 <br> Notice to Collector | | | | $ 0.00 |
| Account No:   6817 <br> Creditor # : 88 <br> Rodale Books <br> Attn:  Collections <br> PO Box 6024 <br> Emmaus PA 18098-0624 | W | 2008-2013 <br> Subscription | | | | $ 39.00 |

Sheet No. _17_ of _24_ continuation sheets attached to Schedule of   Subtotal $   $ 110.00
Creditors Holding Unsecured Nonpriority Claims   Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Demetrius Broddus and Elzena S. Daniels</u>,          Case No._____

**Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 6594<br>Creditor # : 89<br>Rodale Books<br>Attn: Collections<br>PO Box 6024<br>Emmaus PA 18098-0624 | W | 2008-2013<br>Subscription | | | | $ 83.00 |
| Account No: 3922<br>Creditor # : 90<br>Rush Copley Medical Group<br>Attn: Patient Accts<br>2060 Ogden Ave, #B<br>Aurora IL 60504-4714 | W | 2012-13<br>Medical Bills | | | | $ 76.00 |
| Account No: 7909<br>Creditor # : 91<br>Rush University Med Group<br>Attn: Patient Accts<br>75 Remittance Dr, Dept 1611<br>Chicago IL 60675-1611 | W | 2012<br>Medical Bills | | | | $ 76.00 |
| Account No: 3924<br>Creditor # : 92<br>Rush University Med Group<br>Attn: Patient Accts<br>75 Remittance Dr, Dept 1611<br>Chicago IL 60675-1611 | W | 2012<br>Medical Bills | | | | $ 76.00 |
| Account No: 6954<br>Creditor # : 93<br>Rush University Med Group<br>Attn: Patient Accts<br>75 Remittance Dr, Dept 1611<br>Chicago IL 60675-1611 | J | 2008-2013<br>Medical Bills | | | | $ 76.00 |

Sheet No. <u>18</u> of <u>24</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      | $ 387.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Demetrius Broddus and Elzena S. Daniels_____ ,    Case No._____
            **Debtor(s)**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (*See instructions above.*) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 94<br>Safe Auto Insurance<br>3883 E. Broad St<br>Columbus OH 43212-1129 | | W | 2012<br>Insurance Premium | | | | $ 30.00 |
| Account No:    1009<br>Creditor # : 95<br>Sage Telecom<br>Attn:  Bankruptcy Dept<br>PO BOX  79051<br>Phoenix AZ 85062-9051 | | J | 2008-2013<br>Telephone Service | | | | $ 160.00 |
| Account No:    1000<br>Creditor # : 96<br>SALLIE MAE<br>Attn: Bankruptcy Dept<br>PO BOX  9500<br>Wilkes Barre PA 18773-9500 | | W | 2005-12<br>Student Loan | | | | $ 10,207.00 |
| Account No:    0811<br>Creditor # : 97<br>Salute VISA<br>Attn:  Bankruptcy Dept<br>PO BOX  105555<br>Atlanta GA 30348-5555 | | J | 2008-2013<br>Credit Account | | | | $ 600.00 |
| Account No:    3164<br>Creditor # : 98<br>Santander Consumer USA<br>Attn:  Bankruptcy Dept<br>8585 N. Stemmons Fwy  #1000<br>Dallas TX 75247 | | W | 2009<br>Deficiency on Automobile | | | | $ 17,272.00 |

Sheet No. __19__ of __24__ continuation sheets attached to Schedule of    Subtotal $    $ 28,269.00
Creditors Holding Unsecured Nonpriority Claims

                                                         **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Demetrius Broddus and Elzena S. Daniels_____ ,        Case No._____
          **Debtor(s)**                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 2603 <br><br> Creditor # : 99 <br> Security Finance <br> Attn: Bankruptcy Dept <br> 131 N. State Street <br> Belvidere IL 61008 | J | 2008-2013 <br> Loan | | | | $ 0.00 |
| Account No: 2603 <br><br> Creditor # : 100 <br> Security Financial Service <br> RE Emergency Healthcare Phy <br> PO Box 3146 <br> Spartanburg SC 29304 | W | 2009 <br> Collection Medical Bills | | | | $ 232.00 |
| Account No: <br><br> Creditor # : 101 <br> Self Magazine <br> RE Collection Dept <br> 4 Times Square <br> New York NY 10036 | J | 2009 <br> Subscription | | | | $ 50.00 |
| Account No: 0819 <br><br> Creditor # : 102 <br> Silver Cross Hospital <br> Attn: Patient Accounts <br> 1900 Silver Cross Blvd <br> New Lenox IL 60451-9508 | W | 2012 <br> Medical Bills | | | | $ 1,178.00 |
| Account No: 0819 <br><br> Creditor # : 103 <br> Silver Cross Hospital <br> Attn: Patient Accounts <br> 1200 Maple Road <br> Joliet IL 60432 | J | 2008-2013 <br> Medical Bills | | | | $ 1,965.00 |

Sheet No. _20_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 3,425.00
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Demetrius Broddus and Elzena S. Daniels_____ ,       Case No._____

**Debtor(s)**                                                          *(if known)*

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   0744<br><br>Creditor # : 104<br>Silver Cross Hospital<br>Attn:  Patient Accounts<br>1900 Silver Cross Blvd<br>New Lenox IL 60451-9508 | W | 2012<br>Medical Bills | | | | $ 1,178.00 |
| Account No.   0744<br><br>Creditor # : 105<br>Silver Cross Hospital<br>Attn:  Patient Accounts<br>1200 Maple Road<br>Joliet IL 60432 | J | 2008-2013<br>Medical Bills | | | | $ 1,965.00 |
| Account No.<br><br>Creditor # : 106<br>SSA Office of Financial Policy<br>6401 Security Blvd<br>Baltimore MD 21235 | H | 2008<br>Unsecured | | | | $ 141.00 |
| Account No.   1071<br><br>Creditor # : 107<br>State Collection Service<br>Acct :Emergency Healthcare Phy<br>PO Box 6250<br>Madison WI 53716-0250 | W | 2012<br>Collection Medical Bills | | | | $ 784.00 |
| Account No.   9170<br><br>Creditor # : 108<br>State Collection Service<br>Acct:Emergency Healthcare Phys<br>PO Box 6250<br>Madison WI 53716-0250 | H | 2012<br>Collection | | | | $ 373.00 |

Sheet No.   21   of   24   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 4,441.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Demetrius Broddus and Elzena S. Daniels_ ,    Case No._____
   **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **4641** <br><br> Creditor # : 109 <br> State Collection Service <br> Acct: Emerency Healthcare <br> PO Box 6250 <br> Madison WI 53716-0250 | H | 2012 <br> Collection | | | | $ 369.00 |
| Account No: **4438** <br><br> Creditor # : 110 <br> State Collection Service <br> Acct: Emergency Healthcare <br> PO Box 6250 <br> Madison WI 53716-0250 | H | 2012 <br> Collection | | | | $ 362.00 |
| Account No: **1592** <br><br> Creditor # : 111 <br> Suburban Radiologists <br> 1446 Momentum Place <br> Chicago IL 60689-5314 | W | 2013 <br> Medical Bills | | | | $ 75.00 |
| Account No: **7506** <br><br> Creditor # : 112 <br> Time Life Books <br> Attn:  Collection Dept <br> 1450 E. Parnham Rd <br> Richmond VA 23280-1001 | J | 2008-2013 <br> Subscriptions | | | | $ 9.00 |
| Account No: <br><br> Creditor # : 113 <br> Transworld Systems Collection <br> RE Valley View Scvhool Dist <br> 25 Northwest Pt. Blvd #110 <br> Elk Grove Village IL 60007 | W | 2013 <br> Collection | | | | $ 287.00 |

Sheet No. **22** of **24** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 1,102.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Demetrius Broddus and Elzena S. Daniels_____ ,      Case No._____
            **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    *9506* <br> Creditor # : 114 <br> Transworld Systems Inc. <br> RE:  Valley View School Dist <br> 507 Prudcential Rd <br> Horsham PA 19044 | | W | *2012* <br> *Collection* | | | | $ 487.00 |
| Account No:    *3256* <br> Creditor # : 115 <br> Tribute <br> Attn:  Bankruptcy Dept <br> PO BOX  105555 <br> Atlanta GA 30348-5555 | | H | *2009-12* <br> *Credit Account* | | | | $ 677.00 |
| Account No: <br> Creditor # : 116 <br> Valley View School District <br> Attn:  Student Accts <br> 777 Falconridge Way <br> Bolingbrook IL 60440 | | J | *2008-2013* <br> *School Fees* | | | | $ 478.00 |
| Account No: <br> Creditor # : 117 <br> Valley View School District <br> Attn:  Student Accts <br> 777 Falconridge Way <br> Bolingbrook IL 60440 | | J | *2008-2013* <br> *School Fees* | | | | $ 438.00 |
| Account No:    *0* <br> Creditor # : 118 <br> Valley View School District <br> RE Collection Dept <br> 755 Dalhart Ave <br> Romeoville IL 60446 | | J | *2012-13* <br> *Notice* | | | | $ 0.00 |

Sheet No. __23__ of __24__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 2,080.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Demetrius Broddus and Elzena S. Daniels_ ,     Case No._____

**Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   1123 <br> Creditor # : 119 <br> Wild Blue-Exede Internet <br> RE Collection <br> 349 Iverness Drive South <br> Englewood CO 80112 | | W | 2013 <br> Unsecured | | | | $ 105.00 |
| Account No: <br> Creditor # : 120 <br> Will County Health Dept <br> RE Collection Dept <br> 501Ave Ella <br> Joliet IL 60433 | | J | 2012 <br> Medical Bills | | | | $ 500.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _24_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 605.00

**Total $**     $ 93,060.00

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re _Demetrius Broddus and Elzena S. Daniels_____ / Debtor      Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re <u>Demetrius Broddus and Elzena S. Daniels</u>                    / Debtor      Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Deleeia Broddus<br>07 S Pebbleway Lane<br>Apt #9<br>Naperville IL  60540 | Ally Financial Services<br>Attn: Bankruptcy Dept<br>PO Box 183593<br>Arlington TX  76096 |

B6I (Official Form 6I) (12/07)

In re _Demetrius Broddus and Elzena S. Daniels_____ ,    Case No. _____
                              **Debtor(s)**                                        (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Status: | RELATIONSHIP(S): | | AGE(S): |
| _Married_ | _son_ | | _13yr_ |
| | _son_ | | _16yr_ |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _Not working (Disability)_ | _Care Plan Co-ordinator_ |
| Name of Employer | | _Meadowbrook Manor Bolingbrook_ |
| How Long Employed | | _6yrs_ |
| Address of Employer | | _431 W. Reminbgton Blvd_<br>_Bolingbrook IL  60440_ |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | _0.00_ | $ | _3,943.33_ |
| 2. Estimate monthly overtime | $ | _0.00_ | $ | _0.00_ |
| 3. SUBTOTAL | $ | _0.00_ | $ | _3,943.33_ |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | _0.00_ | $ | _455.00_ |
|    b. Insurance | $ | _0.00_ | $ | _335.83_ |
|    c. Union dues | $ | _0.00_ | $ | _0.00_ |
|    d. Other (Specify): _401K pension-loan_ | $ | _0.00_ | $ | _234.00_ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | _0.00_ | $ | _1,024.83_ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | _0.00_ | $ | _2,918.50_ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | _0.00_ | $ | _0.00_ |
| 8. Income from real property | $ | _0.00_ | $ | _0.00_ |
| 9. Interest and dividends | $ | _0.00_ | $ | _0.00_ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | _0.00_ | $ | _0.00_ |
| 11. Social security or government assistance<br>  (Specify): _Social Security (Disab)_ | $ | _1,009.00_ | $ | _0.00_ |
| 12. Pension or retirement income | $ | _0.00_ | $ | _0.00_ |
| 13. Other monthly income<br>  (Specify): | $ | _0.00_ | $ | _0.00_ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | _1,009.00_ | $ | _0.00_ |
| 15. AVERAGE MONTHLY INCOME   (Add amounts shown on lines 6 and 14) | $ | _1,009.00_ | $ | _2,918.50_ |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals<br>   from line 15; if there is only one debtor repeat total reported on line 15) | | **$ _3,927.50_** | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6J)(12/07)

In re _Demetrius Broddus and Elzena S. Daniels_____,  Case No. _____
                              **Debtor(s)**                                                                    **(if known)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,495.00 |
|    a. Are real estate taxes included?    Yes ☐   No ☒ | | |
|    b. Is property insurance included?    Yes ☐   No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 240.00 |
|        b. Water and sewer | $ | 85.00 |
|        c. Telephone | $ | 100.00 |
|        d. Other   _Internet & Cable_ | $ | 160.00 |
|         Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 700.00 |
| 5. Clothing | $ | 80.00 |
| 6. Laundry and dry cleaning | $ | 10.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 360.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 220.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|      a. Homeowner's or renter's | $ | 0.00 |
|      b. Life | $ | 0.00 |
|      c. Health | $ | 0.00 |
|      d. Auto | $ | 90.00 |
|      e. Other   _Student Loan_ | $ | 100.00 |
|       Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|      a. Auto | $ | 0.00 |
|      b. Other:  _Auto repair, upkeep & license_ | $ | 60.00 |
|      c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other:  _Personal care items & grooming_ | $ | 100.00 |
|     Other:  _Student Loan_ | $ | 100.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 4,050.00 |
|    and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | | |
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|    a. Average monthly income from Line 16 of Schedule I | $ | 3,927.50 |
|    b. Average monthly expenses from Line 18 above | $ | 4,050.00 |
|    c. Monthly net income (a. minus b.) | $ | (122.50) |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Demetrius Broddus and Elzena S. Daniels*　　　　Case No.

　　　　　　　　　　　　　　　　　　　　　　Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $          0.00 | | |
| B-Personal Property | *Yes* | *3* | $     20,861.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $      8,884.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $          0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *25* | | $     93,060.00 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $      3,927.50 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $      4,050.00 |
| TOTAL | | 37 | $     20,861.00 | $    101,944.00 | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re *Demetrius Broddus and Elzena S. Daniels*

Case No.

Chapter **7**

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *0.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *10,207.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *10,207.00* |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ *3,927.50* |
| Average Expenses (from Schedule J, Line 18) | $ *4,050.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *0.00* |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *884.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *0.00* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *93,060.00* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *93,944.00* |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _Demetrius Broddus and Elzena S. Daniels_ _____    Case No. _____

Debtor    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    _38_    sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _5/7/2013_ _____    Signature _/s/ Demetrius Broddus_ _____

Demetrius Broddus

Date: _5/7/2013_ _____    Signature _/s/ Elzena S. Daniels_ _____

Elzena S. Daniels

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

---

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER    (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer:    Social security No. :

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____    Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: *Demetrius Broddus*
     *and*
     *Elzena S. Daniels*

Case No. _____
          (if known)

_____,
          Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(2), (31).

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT

SOURCE

| | | |
|---|---|---|
| Year to date: *$0.00* | *2013 None Husband* | |
| Last Year: *$0.00* | *2012 Same* | |
| Year before: *$0.00* | *2011 Same* | |

---

| | | |
|---|---|---|
| Year to date: *$17,000.00app* | *2013 Wages from employment Wife* | |
| Last Year: *$45,764.00* | *2012 Same* | |
| Year before: *$46,000app* | *2011 Same* | |

---

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 - (Official Form 7) (4/13)

| AMOUNT | SOURCE |
|---|---|

*Year to date:$5,000.00app*   *2013  Social security disability  Husband*
   *Last Year:$12,100.00app*   *2012 Same*
*Year before:$12,000.00app*   *2011 Same*

---

### 3. Payments to creditors

None ☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

---

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☒

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

---

### 5. Repossessions, foreclosures and returns

None ☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is  not  filed.)

---

### 6. Assignments and receiverships

None ☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not  filed.)

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☒    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

## 10. Other transfers

None ☒    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☒    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *Debtor: Demetrius Broddus and Elzena Daniels Address: 1117 Bramble Ave Bolingbrook IL* | *Name(s):  Same as on petition* | *2012-13* |

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

None ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a
☒    party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None    a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all
☒    businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was
self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in
which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of
all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the
commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of
all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the
commencment of this case.

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☒

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that
they are true and correct.

Date _05/07/2013_    Signature    _/s/ Demetrius Broddus_
of Debtor

Date _05/07/2013_    Signature    _/s/ Elzena S. Daniels_
of Joint Debtor
(if any)

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 34(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No.(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal,, responsible person, or partner who signs this document.*

_____

_____
Address

X _____          _____
   Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Demetrius Broddus and Elzena S. Daniels*          Case No.

Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - HUSBAND'S DEBTS

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt      ☐ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes      ☐ No |

## Signature of Debtor(s)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date:  *05/07/2013*          Debtor:  */s/ Demetrius Broddus*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Demetrius Broddus and Elzena S. Daniels*                    Case No.
                                                                   Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

**Part A -**   Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| Creditor's Name :  *None* | Describe Property Securing Debt : |
|---|---|

Property will be (check one) :

☐ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____   (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt        ☐ Not claimed as exempt

**Part B -**   Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| Lessor's Name:  *None* | Describe Leased Property: | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):  ☐ Yes    ☐ No |
|---|---|---|

### Signature of Debtor(s)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: *05/07/2013*                    Debtor:  */s/ Elzena S. Daniels*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Demetrius Broddus and Elzena S. Daniels*                    Case No.
                                                                   Chapter   7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

**Part A -**   Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.  *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Ally Financial Services* | *2009 Dodge Avenger  (Surrender)* |

Property will be (check one) :

☒ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt        ☒ Not claimed as exempt

**Part B -**   Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes        ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date:  *05/07/2013* _____       Debtor:  */s/ Demetrius Broddus* _____

Date:  *05/07/2013* _____       Joint Debtor:  */s/ Elzena S. Daniels* _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re  *Demetrius Broddus*                                                   Case No.
        *and*                                                                Chapter  *7*
       *Elzena S. Daniels*

_____ / Debtor

Attorney for Debtor:   *Richard S. Bass*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *700.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $ _____ *700.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *0.00*

3.  $ _____ *306.00* _____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated: *05/07/2013*                        Respectfully submitted,


                                X */s/ Richard S. Bass* _____
           Attorney for Petitioner: *Richard S. Bass*
                                    *Law Office of Richard S. Bass*
                                    *2021 Midwest Roasd*
                                    *Suite 200*
                                    *Oak Brook IL  60523*
                                    *630-953-8655*
                                    *rbass@corpoffices.com*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Demetrius Broddus*
   *and*
   *Elzena S. Daniels*

Case No.
Chapter  **7**

_____ / Debtor

Attorney for Debtor:  **Richard S. Bass**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *05/07/2013*

/s/ *Demetrius Broddus*
Debtor

/s/ *Elzena S. Daniels*
Joint Debtor

Aarons Sales & Lease
1225 Bolingbrook Dr
Bolingbrook, IL   60440

Adventist Bolingbrook Hospital
Attn:  Patient Accts
500 Remington Blvd
Bolingbrook, IL   60440

Adventist Bolingbrook Hospital
Attn:  Patient Accts
75 Remittance Dr   #6097
Chicago, IL   60675-6097

Adventist Health
Attn Patient Accts
PO Box 7001
Bolingbrook, IL   60440-7001

AFNI COLLECTION
RE:  Sage telecom
PO Box 3097
Bloomington, IL   61702.

Ally Financial Services
Attn: Bankruptcy Dept
PO Box 183593
Arlington, TX   76096

American Medical Collection
RE:  Quest Diagnostic
4 Westchester Plaza, #110
Elmsford, NY   10523

American Medical Collection
Attn:  Bankruptcy Dept
4 Westchester Plaza #110
Elmsford, NY   10523

Americash Loan
Attn:  Collections
180 S. Bolingbrook Rd
Bolingbrook, IL   60440

Anderson Financial
Acct: AT&T Uverse
PO Box 3097
Bloomington, IL   61702

AT&T
Attn:  Bankruptcy Dept
PO BOX  8212
Aurora, IL   60572-8212

ATG Credit
Acct: Naperville Radiology
PO Box 14895
Chicago, IL   60614-4895

Balance of healthcare receivables
RE: Quest Diagnostic
164 Burke St #201
Nashua, NH 03060

Barbizon School
RE Collection Dept
1827 Walden Office Square #400
Schaumburg, IL 60173

Bureau of Account Management
RE: Rodale Books
3607 Rosemont Ave
Camp Hill, PA 17011

Bureau of Collection Recovery
Acct: Sound & Spirit
7575 Corporate Way
Eden Prairie, MN 55344

Caine & Weiner
RE: Ice Mountain Spring Water
15025 Oxnard St #100
Van Nuys, CA 91411

CMI Group LP
RE: WOW International
4200 International Pkwy
Carrollton, TX 75007-1912

CMK Investments
RE: All Credit Lenders
PO BOX 250
Gilberts, IL 60136

Collection Professionals Inc
Acct: Dr Shan Assoc.
PO Box 416
La Salle, IL 61301-0416

Collection Professionals Inc
Acct:DR Ashan
PO Box 416
La Salle, IL 61301-0416

Commonwealth Edison
Attn: Bankruptcy Dept
2100 Swift Drive
Oak Brook, IL 60523-9644

Credit Collection Services
RE: Comcast
Two Wells Avenue
Newton Center, MA 02459

Credit Management
Acct: Comcast
4200 International Pkwy
Carrollton, ITX 75007-1906

Credit Management
Acct: WOW Internt Cable
4200 International Pkwy
Carrollton, ITX  75007-1906

Credit Recovery
Acct: Dr C. Kalant DDS
PO Box 916
Ottawa, IL  61350

Credit Recovery
Acct: DR Kalani
PO Box 916
Ottawa, IL  61350

Cybak R. & Associates
RE:  Nuvell Credit Corp
100 W. Monroe St, #800
Chicago, IL  60603

Cybrcollect Inc
Acct: Dominos
2612 Jackson Ave W
Oxford, MS  38655-5442

Dial Adjustment Bureau
RE: Bankruptcy Dept
960 MacArthur Blvd
Mahwah, NJ  07495-0094

DuPage Pathology Associates,SC
RE Patient Accts
520 E. 22nd Street
Lombard , IL  60148

Edward Hospital
Attn:  Patients Accts
PO BOX 5995
Peoria, IL  61601-5995

Emergency Healthcare Physician
Attn:  Patient Accts
PO BOX  366
Hinsdale, IL  60522

Enhanced Recovery Corp
RE:Midland Fund-Urban Trust Bk
8014 Bayberry Rd.
Jacksonville, FL  32256

ER Solutions Inc.
RE:  Bank of America
500 SW 7th St, #A100
Renton, WA  98057

Highlights Puzzlemania
Attn:  Bankruptcy Dept
PO BOX  10546
Des Moines, IA  50340-0546

Home Depot/CBNA
Attn Bankruptcy Dept
PO Box 6497
Sioux Falls, SD  57117-6497

Home Depot/CBSD
Attn:  Bankruptcy Dept
PO BOX  6497
Sioux Falls, SD  57117

Hunter Warfield
Attn:  Riverstone Apt
4620 Woodland Corp Blvd
Tampa, FL  33614

Hunter Warfield
Attn:  Bankruptcy Dept
3111 W. Martin Luther King
Tampa, FL  33607

I. C. System Inc.
RE: Bolingbrook Hlth
PO BOX 64387
Saint Paul, MN  55164-0887

I. C. System Inc.
RE:      IQ Telecom
PO Boix 63478
Saint Paul, MN  55164-0378

I. C. System Inc.
RE Bolingbrook Hlth
444 Highway 96  East
Saint Paul, MN  55164-0887

Illinois American Water Co
Attn: Bankruptcy Dept
PO Box 94551
Palatine, IL  60094-4551

Illinois Dept Child Support
Attn: Collection-Bankrupt Dept
509 S. Sixth St
Springfield, IL  62701-1825

IQ Tel
Attn:  Bankruptcy Dept
3221 W. Burr Oak Ave
Blue Island, IL  60406

JVDB Associates
RE Economy Interior
PO Box 5718
Elgin, IL  60121-5718

JVDB Associates
RE:  Economy Interiors
PO Box 5718
Elgin, IL  60121-5718

Keynote Consulting, Inc.
RE Riverside Medical-Psyc
220 W. Campus Dr
Arlington Heights, IL  60004

Keynote Consulting, Inc.
RE: Riverside Psychiatric csl
220 W. Campus Dr  #102
Arlington Heights, IL  60004

Lippincott, Williams, Wilkins
Attn:  Collections
PO Box 1530
Hagerstown, MD  21741

Lippincott, Williams, Wilkins
RE:  Bankruptcy Dept
PO Box 1530
Hagerstown, MD  21741

Merchant Credit Guide
RE Adventist-Bolinbrk Hsp
223 W. Jackson Blvd  #900
Chicago, IL  60606

Merchant Credit Guide
RE Adventist Bolibrk Hsp
223 W. Jackson Blvd  #900
Chicago, IL  60606

Merchant Credit Guide
Acct: Edward Hospital
223 W. Jackson Blvd  #900
Chicago, IL  60606

Midland Credit Management
Attn:  Bankruptcy Dept
8875 Aero Dr  #200
San Diego, CA  92123

Midland Credit Management
RE:Aspen Mastercard
8875 Aero Dr  #200
San Diego, CA  92123

Midland Funding
Attn: Salute Visa Gold
8875 Aero Dr  #200
San Diego, CA  92123

Midland Funding
Attn: Collection Dept
8875 Aero Dr  #200
San Diego, CA  92123

Midland Funding
Attn: Tribute Mastercard
8875 Aero Dr  #200
San Diego, CA  92123

Monterey Financial Services
RE:  Aronson Furniture
4095 Avenida De La Plata
Oceanside, CA  92056

Naperville Radiologists S.C.
Attn:  Patient Accts
PO BOX  70
Hinsdale, IL  60522

NCO Financial Systems Inc.
RE:Illinois Tollway
600 Holiday Plaza Dr  #300
Matteson, IL  60443

Nicor Gas
Attn Bankruptcy Dept
PO Box 549
Aurora, IL  60507-0000

NICOR Gas
Attn: Bankruptcy Dept
1844 W. Ferry Road
Naperville, IL  60563-9662

North Shore Agency
RE: Time Life
PO BOX  8901
Westbury, NY  11590

North Shore Agency
Attn:  Bankruptcy Dept
4000 East Fifth Ave
Columbus, OH  43219

North Shore Agency
RE:  People Magazine
4000 East Fifth Ave
Columbus, OH  43219

Northland Group
Attn:  Bankruptcy Dept
PO Box 390857
Minneapolis, MN  55439

PayDay Loan Store of Il, Inc.
Attn:  Bankruptcy Dept
346 Bolingbrook Commons
Bolingbrook, IL  60440

Pentagroup Financial
RE:  Salute VISA
5959 Corporate Dr  #1400
Houston, TX  77036

Quest Diagnostic
Attn:  Patient Billing
PO Box 809403
Chicago, IL  60680-9403

Quinlan & Fabish
Attn:  Bankruptcy Dept
6827 High Grove Blvd
Burr Ridge, IL  60527

Recovery One LLC
RE Safelute Autoglass
5100 Park Center Ave #100
Dublin, OH  43017-3584

Recovery One LLC
RE   Safelite Auto Glass
5100 Park Center Ave #100
Dublin, OH  43017-3584

Rent-A-Center
RE Bankruptcy Dept
5700 Tennyson Pkwy
Plano, TX  75024

RJM Acquisitions Funding
RE:  Crossing Book Club
575 Underhill Blvd, Ste 2
Syosset, NY  11791

RJM Acquisitions Funding
RE: Scholastic
575 Underhill Blvd, Ste 2
Syosset, NY  11791

RMCB Collection
RE:  Great Bible Adventure
PO Box 1238
Elmsford, NY  10523-0938

RMCB Collection
RE:  Rodale Books
PO Box 1238
Elmsford, NY  10523-0938

RMCB Collection
RE:  Sound & Spirit
PO Box 1238
Elmsford, NY  10523-0938

Rodale Books
Attn:  Collections
PO Box 6024
Emmaus, PA  18098-0624

Rush Copley Medical Group
Attn:  Patient Accts
2060 Ogden Ave,  #B
Aurora, IL  60504-4714

Rush University Med Group
Attn:  Patient Accts
75 Remittance Dr,  Dept 1611
Chicago, IL  60675-1611

Safe Auto Insurance
3883 E. Broad St
Columbus, OH  43212-1129

Sage Telecom
Attn:  Bankruptcy Dept
PO BOX  79051
Phoenix, AZ  85062-9051

SALLIE MAE
Attn: Bankruptcy Dept
PO BOX  9500
Wilkes Barre, PA  18773-9500

Salute VISA
Attn:  Bankruptcy Dept
PO BOX  105555
Atlanta, GA  30348-5555

Santander Consumer USA
Attn:  Bankruptcy Dept
8585 N. Stemmons Fwy  #1000
Dallas, TX  75247

Security Finance
Attn:  Bankruptcy Dept
131 N. State Street
Belvidere, IL  61008

Security Financial Service
RE Emergency Healthcare Phy
PO Box 3146
Spartanburg, SC  29304

Self Magazine
RE Collection Dept
 4 Times Square
New York, NY  10036

Silver Cross Hospital
Attn:  Patient Accounts
1200 Maple Road
Joliet, IL  60432

Silver Cross Hospital
Attn:  Patient Accounts
1900 Silver Cross Blvd
New Lenox, IL  60451-9508

SSA Office of Financial Policy
6401 Security Blvd
Baltimore, MD  21235

State Collection Service
Acct :Emergency Healthcare Phy
PO Box 6250
Madison, WI  53716-0250

State Collection Service
Acct: Emergency Healthcare
PO Box 6250
Madison, WI  53716-0250

State Collection Service
Acct: Emerency Healthcare
PO Box 6250
Madison, WI  53716-0250

State Collection Service
Acct:Emergency Healthcare Phys
PO Box 6250
Madison, WI  53716-0250

Suburban Radiologists
1446 Momentum Place
Chicago, IL  60689-5314

Time Life Books
Attn:  Collection Dept
1450 E. Parnham Rd
Richmond, VA  23280-1001

Transworld Systems Collection
RE Valley View Scvhool Dist
25 Northwest Pt. Blvd #110
Elk Grove Village, IL  60007

Transworld Systems Inc.
RE:  Valley View School Dist
507 Prudcential Rd
Horsham, PA  19044

Tribute
Attn:  Bankruptcy Dept
PO BOX  105555
Atlanta, GA  30348-5555

Valley View School District
Attn:  Student Accts
777 Falconridge Way
Bolingbrook, IL  60440

Valley View School District
RE Collection Dept
755 Dalhart Ave
Romeoville, IL  60446

Wild Blue-Exede Internet
RE Collection
349 Iverness Drive South
Englewood, CO  80112

Will County Health Dept
RE Collection Dept
501Ave Ella
Joliet, IL  60433